IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRY BOZEMAN,

  Plaintiff,

v.

PER-SE TECHNOLOGIES, INC.;
PER-SE TRANSACTION SERVICES
INC.; WILLIAM N. DAGHER;
CHARLES MOORE; and
PHILLIP M. PEAD,

  Defendants.

CIVIL ACTION NO.

1:03-CV-3970-RLV

## **ORDER**

For the reasons set out in the parties' March 29, 2005 Stipulation [Doc. 123],

IT IS HEREBY ORDERED that the following Motions are hereby dismissed as moot, to wit:

1. Defendants' Motion to Compel the Return of Privileged Materials, etc., and Plaintiff's Response [Docs. 85, 107, 108];

2. Plaintiff's Motion to Disqualify Attorney Robert P. Riordan and the law firm of Alston & Bird, LLP, and Defendants' Responses [Docs. 18, 19, 30, 35][1]; and

---

[1] *See also* this Court's Order of May 5, 2004 [Doc. 38].

3.     Plaintiff's Renewed Motion to Disqualify Counsel [Doc. 121].

IT IS SO ORDERED, this 5th day of APRIL, 2005.

S/   JOEL M. FELDMAN
JOEL M. FELDMAN
UNITED STATES MAGISTRATE JUDGE
